990

No. 1002.   BRENNER, COMMISSIONER OF PATENTS *v.* HOFSTETTER.   C. C. P. A.   Certiorari granted.   *Solicitor General Marshall, Assistant Attorney General Sanders* and *Morton Hollander* for petitioner.   *Paul N. Kokulis* and *Lawrence A. Hymo* for respondent.

No. 1032.   NASH *v.* FLORIDA INDUSTRIAL COMMISSION ET AL.   Dist. Ct. App. Fla., 3d Dist.   Certiorari granted. *Neal Rutledge* and *Allan Milledge* for petitioner.   *Lawrence Kanzer* for Florida Industrial Commission, and *Glenn L. Greene, Jr.,* for Stanley Works et al., respondents.

No. 1036.   NATIONAL LABOR RELATIONS BOARD *v.* FLEETWOOD TRAILER Co., INC.,   C. A. 9th Cir.   Certiorari granted.   *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for petitioner. *Jerome C. Byrne* for respondent.

No. 953.   MILLER *v.* COUNTY OF LOS ANGELES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se.   Harold W. Kennedy, Irvin Taplin, Jr.,* and *John D. Cahill* for respondent.

No. 1033.   DANIEL *v.* SKIBS A/S HILDA KNUDSEN ET AL.   C. A. 3d Cir.   Certiorari denied.   *Harry R. Kozart* for petitioner.   *T. E. Byrne, Jr.,* for respondents.

No. 1055.   DANNING, TRUSTEE IN BANKRUPTCY *v.* MINTZ.   C. A. 9th Cir.   Certiorari denied.   *J. Ronald Trost* for petitioner.